JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA MARJORIE HALL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRITISH AIRWAYS PLC,<br><br>　　　　Defendant. | Case No.: CV 19-1713-DMG (ASx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [14]** |

　　Pursuant to the parties' Stipulation, and good cause appearing,

　　**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED: May 24, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE